**Order entered June 21, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01309-CV

**REWA C. HALTON, RODNEY G. HALTON & ALL OTHER OCCUPANTS, Appellants**

**V.**

**DEUTSCHE BANK NATIONAL TRUST COMPANY, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-03485-A**

## ORDER

Before the Court is appellee's June 20, 2019 motion for extension of time to file response brief. We **GRANT** the motion to the extent we **ORDER** the brief be filed no later than July 30, 2019.

/s/ ERIN A. NOWELL
   JUSTICE